UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Stanley Black & Decker, Inc., et al.
                              Plaintiff,

v.                                           Case No.:
                                                        1:16−cv−10029
                                                        Honorable John Z. Lee

The Partnerships and Unincorporated Associations
Identified on Schedule "A"
                              Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 2, 2016:

      MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 11/2/16. Plaintiffs' motion for leave to file under seal [6], motion to exceed page limitation [7] and Ex parte motion for entry of a temporary restraining order, including a temporary injunction, a temporary transfer of the Defendant domain names, a temporary asset restraint, expedited discovery, and service of process by email and/or electronic publication [8] are granted. Enter order. Status hearing set for 11/16/16 at 9:00 a.m.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.