AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

STANLEY BLACK & DECKER, INC. and
THE BLACK & DECKER CORPORATION

|  |  |
|---|---|
| | CASE NUMBER:  1:16-cv-10029 |
| V. | ASSIGNED JUDGE:  John Z. Lee |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A" | DESIGNATED MAGISTRATE JUDGE:  M. David Weisman |

TO: (Name and address of Defendant)

Ningbo East Industrial Co., Ltd. and ALL OTHER DEFENDANTS IDENTIFIED IN THE COMPLAINT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith A. Vogt, Esq.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_____

(By) DEPUTY CLERK

November 10, 2016

DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>November 10, 2016 |
| NAME OF SERVER *(PRINT)*<br>Keith A. Vogt | TITLE<br>Attorney |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served:

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐  Returned unexecuted:

☒  Other (specify):  See Declaration of Service

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

  I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/10/2016                    /s/Keith A. Vogt
                        Date                              *Signature of Server*

                        1033 South Blvd., Suite 200, Oak Park, Illinois 60302
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.