**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STANLEY BLACK & DECKER, INC. and THE BLACK & DECKER CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:16-cv-10029<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

**DECLARATION OF SERVICE**

I, Keith A. Vogt, of Oak Park, Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiffs Stanley Black & Decker, Inc. and The Black & Decker Corporation ("SBD" or "Plaintiffs"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. This Court entered an Order permitting SBD to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication at the Defendant Domain Names which are transferred to SBD's control and/or by sending an e-mail to the e-mail addresses identified in Exhibits 2 and 3 to the Declaration of Adan Ayala and any email addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on November 10, 2016 I sent an e-mail containing a copy of the Complaint, TRO and Summons to the e-mail addresses identified in Exhibits 2 and 3 to the Declaration of Adan Ayala.

4. I hereby certify that on November 10, 2016, I electronically published the Complaint, TRO and Summons on a website to which the Defendant Domain Names that have been transferred to SBD's control now redirect.

5. I hereby certify that on November 10, 2016, I sent an e-mail containing a copy of the Complaint, TRO and Summons to the e-mail addresses identified in Exhibits 2 and 3 to the Declaration of Adan Ayala and any email addresses provided for Defendants by third parties that includes a link to said website.

6. The completed Return of Service form is attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 10, 2016, at Oak Park, Illinois.

/s/ Keith A. Vogt
Keith A. Vogt
*Counsel for Plaintiffs*