**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| STANLEY BLACK & DECKER, INC. and THE BLACK & DECKER CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No.: 1:16-cv-10029<br><br>Judge John Z. Lee<br><br>Magistrate Judge M. David Weisman |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to Defendant No. 46 on Schedule A.

Dated: November 18, 2016

Respectfully submitted,


/s/ Keith A. Vogt
Keith A. Vogt, Esq.
(Bar No. 6207971)
1033 South Blvd, Suite 200
Oak Park, IL 60302
Telephone: 708.203.4787
E-mail: keith@vogtip.com

Perry J. Hoffman, Esq.
Perry Hoffman & Associates PC
(Bar No. 6211115)
2100 Sanders Road, Suite 200.
Northbrook, IL 60062
Telephone: 847-809-4285
E-mail: perry@WeDoIP.com

***ATTORNEYS FOR PLAINTIFFS***

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that I electronically filed this NOTICE OF DISMISSAL WITHOUT PREJUDICE with the Clerk of the Court using the CM/ECF system on November 18, 2016.

/s/ Keith A. Vogt
Keith A. Vogt, Esq.
(Bar No. 6207971)
1033 South Blvd, Suite 200
Oak Park, IL 60302
Telephone: 708.203.4787
E-mail: keith@vogtip.com