NG

# 16cv10029

THOMAS G. BRUTON, CLERK

Dear Sir I have been accused of selling counterfeit goods in my Ebay store dnd2ooo, I would ask you to please dismiss this Summons.
[Please note that I am dyslexia and I do not have the funds for a lawyer, so please bear with me]

Submit [1]
I have enclosed 2 invoices from where I purchased the tools from Graysonline

Submit [2]
I have enclosed a email from Graysonline stating that the goods are from Dewalt/Stanley/Black & Decker. So this is how it works, DeWalt/Stanley/Black & Decker Australia sell their discontinued lines to Graysonline, Gray'sonline sell the tools to myself and others in bulk.
[If Dewalt/Stanley/Black & Decker did not want these discontinued goods to be resold WHY did they sell them to Graysonline, which is the sole intention.

Submit [3]
I have enclosed two Ebay listings , the first is a Black & Decker Heat Gun and the second is the Stanley Bostitch Stapler which Dewalt/Stanley/Black & Decker have accused me the seller [Ebay seller dnd2ooo] of selling counterfeit goods. Please note that all the photos and the listing are created by myself with help of Graysonline product description of the tools

Submit [4]
I have enclosed Graysonline listing of the Stanley Bostitch Stapler and Black & Decker Heat Gun from their web site

Summary I find it hard to believe that my PayPal Account can be shut down by a Giant Corporation Dewalt/Stanley/Black & Decker without any real proof. They have caused me a tremendous amount of hardship and stress where a simple email would of worked well. You may ask yourself why your great nation has elected Donald Trump as President, maybe it because the people have no real right, where large corporation can kill small traders, is there no justice in the world ?

I have been on Ebay since 2004,[ I have bought and sold and my feedback score is 830], my members name is dnd2ooo I have 100 percent feedback and have NEVER been lelt negative feedback. I do not have a criminal record and I feel that I have been very unjustly treated.

I refute that any infringement of trademark, copyright or the sale of counterfeit goods has taken place by myself . The goods in question, sold online by D Norris are genuine goods manufactured by that Dewalt/Stanley/Black & Decker and legally purchased in Australia.

I allege that Dewalt/Stanley/Black & Decker have recklessly closed the lawful and reputable business of an Australian online trader, causing financial loss and loss of reputation. They need to restore my good name .

I have sent email to Keith Vogt explaining all this but I feel it falls on deaf ears.

**FILED**

DEC 06 2016 TM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Regards D. Norris email dnd2000@bigpond.net.au

# This a copy I had my ex draft for me which was sent to Keith Vogt

Sir,

I act on behalf of D Norris, a lawful Australian sole trader of excellent repute, address withheld, e-mail address: dnd2000@bigpond.net..au

On behalf of your client Stanley Black & Decker Incorporated you have e-mailed various legal documents which seek legal redress against and cessation of business by D Norris for alleged infringement of trademark, copyright and the selling of counterfeit goods.

In addition on behalf of your client you have lodged a court order with PayPal which has effectively closed the entire online trading of D Norris, a lawful sole trader.

I refute that any infringement of trademark, copyright or the sale of counterfeit goods has taken place by D Norris. The goods in question, sold online by D Norris are genuine goods manufactured by your client and legally purchased in Australia.

On behalf of D Norris I allege that you have recklessly closed the lawful and reputable business of an Australian online trader, causing financial loss and loss of reputation.

On behalf of D Norris I advise the following:

1. The goods manufactured by your client that D Norris has been selling online were legitimately purchased through an Australian auction company of excellent repute namely GraysOnline Australia (graysonline.com).
2. A receipt in payment of these goods from GraysOnline is held by D Norris.
3. A copy of the GraysOnline catalogue from which these goods were purchased, detailing the description of the goods being sold is held by D Norris.
4. The goods sold by D Norris were manufactured by your client. They are not counterfeit.
5. No information relating to the goods manufactured by your client and sold by D Norris was copied from your client's website.
6. No photographs relating to the good manufactured by your client and sold by D Norris were copied from your client's website.

It is necessary for you on behalf of your client to repair the damage that you have caused to D Norris forthwith.

On behalf of D Norris the following is required to be undertaken by you on behalf of your client by 18.00 hours Australian Eastern Dailylight Saving Time Tuesday 15 :November 2016.

1. Notification to PayPal that an error was made in relation to the freezing of the account of D Norris and advice thatD Norris was not at fault in this matter.

2. Every necessary action action to be taken by you on behalf of your client to ensure the PayPal Account of D Norris made available by the nominated time.

3. Cessation of any legal action against D Norris

4. Written advice confirming the above actions have been undertaken.

Should D Norris not receive written advice of the completion of the specified remedial action by the nominated time, further action will be taken directly against your client for restraint of trade and financial reparation for loss of trade and reputation.

Yours sincerely

D. Norris
Ebay Store dnd2000
Email dnd2000@bigpond.net.au

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

STANLEY BLACK & DECKER, INC. and
THE BLACK & DECKER CORPORATION

CASE NUMBER: 1:16-cv-10029

V.

ASSIGNED JUDGE: John Z. Lee

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"

DESIGNATED MAGISTRATE JUDGE: M. David Weisman

TO: (Name and address of Defendant)

Ningbo East Industrial Co., Ltd. and ALL OTHER DEFENDANTS IDENTIFIED IN THE COMPLAINT

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Keith A. Vogt, Esq.
1033 South Blvd., Suite 200
Oak Park, Illinois 60302

an answer to the complaint which is herewith served upon you, 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

[signature]

(By) DEPUTY CLERK

November 10, 2016

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

______________________________________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________

☐ Returned unexecuted: ______________________

______________________________________________

______________________________________________

☐ Other (specify): ______________________

______________________________________________

______________________________________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________
Date *Signature of Server*

______________________
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**10 July 2016**

GRAYS (NSW) PTY LTD

Pre-approved payment

**$920.60**

**Paid with**

PayPal balance

**Seller information**

+61 1300362536

**Invoice ID**

2156614-84

**Transaction ID**

04P79889RH2026111

**Your purchase**

| | |
|---|---|
| Black & Decker 1800W Pivot Handle Heat Gun (Qty 4)<br>Item number224276-142 | $56.00 |
| Sidchrome SPANNER SET Ring & Open End (Imperial) A/F 5PC 440 (Qty 6)<br>Item number220832-75 | $234.00 |
| Sidchrome SPANNER SET Ring & Open End METRIC 5PC 440 (Qty 6)<br>Item number220832-76 | $234.00 |
| Sidchrome 3/8"AIR RATCHET-STUBBY (Qty 2)<br>Item number220832-109 | $68.00 |
| Sidchrome Cantilever Tool Box (Qty 3)<br>Item number224276-11 | $42.00 |
| Air Hammer<br>Item number224276-96 | $54.00 |
| Buyers premium | $137.60 |
| Amount | $825.60 |
| Shipping | $95.00 |
| Tax | $0.00 |

**10 October 2016**

GRAYS (NSW) PTY LTD

Pre-approved payment

- $996.35

$353.00 was to PayPal balance.

**Paid with**

PayPal balance

**Seller information**

+61 1300362536

**Invoice ID**

2158821-104

**Transaction ID**

44179682AB951313V

**Your purchase**

| | |
|---|---|
| Bostitch B8 ANTIJAM 20 7/16 IN CROWN 3/8 IN POWERCROWN™ STAPLING PLIER (Qty 47)<br>Item number224276-232 | $282.00 |
| DEWALT PH2 SCREWDRIVER IMPACT SET - 25 PACK DT70586-QZ<br>Item number224276-252 | $5.00 |
| 6 X Black & Decker LAG Polishing Bonnets X2<br>Item number220832-381 | $9.00 |
| Sidchrome 28 Piece Master Disconnect Set<br>Item number224276-51 | $49.00 |
| Starke Pro Pruner Brushcutter Combo Whipper Snipper Garden Line Trimmer<br>Item number224581-7 | $129.00 |

2

Homebush Corporate Park

29-33 Carter Street

Lidcombe NSW 2141

PO Box 7198

Silverwater NSW 1811

------------------- Original Message -------------------

From: Irving C

Received: 18/11/2016 11:26 AM

To: Mr Norris

Subject: Grays Customer Service CAS-1134597-9XQK7 CRM:005800013162

To: Mr Norris <dnd2000@bigpond.net.au>

1

Hi Mr Norris,

Thank you for your patience whilst I continue to look into this matter.

Grays is an authorised seller of Stanley Black & Decker products, the products we are selling are genuine. We have not been contacted in regards to any counterfeit or unauthorised sales of Stanley Black & Decker products.

Unfortunately we are unable to assist you with your query.

Please do not hesitate to contact us should you have any further questions.

Kind Regards,

Irving

Customer Service Advisor

T: 1300 36 25 36

E: customerservice@grays.com.au

3



Mouse over image to zoom

## NEW BLACK & DECKER HEAT GUN 1800W rrp $99 KG 900-XE

**Brand New**

08 Nov, 2016 10:29:43 AEDST

1 2 available /

**AU $49.90**

**AU $18.95** Standard Postage | See details

Estimated within 3 business days

, Cash on pick-up | See payment information

30 day money back, buyer pays return postage | See details

| See details

**Seller information**

( )

100% Positive feedback

Get the item you ordered or get your money back.



**Have one to sell?**

eBay item number: 1723698975

Seller assumes all responsibility for this listing.

08 Nov, 2016 10:27:21 AEDST

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | Brand New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... | Brand: | BLACK & DECKER |
| MPN: | KG 900-XE | UPC: | Does not apply |

# Black & Decker Heat Gun

Essential tool for decorating or refinishi

Heat stand facility

3 stages airflow control

Pivot handle design

Inline grip

Ergonomic pistol grip design

Kitbox included

4x nozzles

1x scraper

1x integrated scraper

Power: 1800 W

Voltage: 230 V

Heat settings: 3

Style: Pivot

Temp range: 130-560 °C

Air flow: 200-450 l/min (SN:KX1693-XE

THANK YOU




Brand New

08 Nov, 2016 10:29:23 AEDST

1 6 available /

**AU $18.95**

**AU $8.50** Standard Postage | See details

Estimated within 3 business days

, Cash on pick-up | See payment information

30 day money back, buyer pays return postage | See details

| See details

Get the item you ordered or get your money back.

**Seller information**

( )

100% Positive feedback

Mouse over image to zoom



**Have one to sell?**

eBay item number: 17238229939

Seller assumes all responsibility for this listing.

08 Nov, 2016 10:27:23 AEDST

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | Brand New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... | Brand: | STANLEY BOSSTITCH |
| Material: | METAL | MPN: | 02245 |
| Product Type: | INDUSTAL STAPLER | UPC: | 0 77914 02245 9 |

Industry, Used By Australia Post

**Specifications:**

- Collation Type: Glue
- Fastener Length: 1/4-3/8
- Magazine Loading: Top Load
- Staple Crown: 7/16
- Tool Weight: 1.02

**Features:**

- AntiJam™ designed for trouble free stapling
- Staples 2-45 sheets with one staple
- All metal construction, top loading
- Uses 1/4`` and 3/8`` Powercrown™ staples for extra versatility
- Rugged design for heavy use

**USES:**

- Dry Cleaner and Florist Industry (224276-232)

**Questions and answers about this item**

No questions or answers have been posted about this item.

4

# Bostitch B8 ANTIJAM 20 7/16 IN CROWN 3/8 IN POWERCROWN™ STAPLING PLIER

Be the first to

RRP ~~$59.98~~
**$6**
Quantity Available: **50**

To view similar items .

Shipping, Handling & Insurance Calculator

**Closed:** 10/10/2016

**Condition:**

**Deliver to:**
Nationwide Delivery

**Buyers premium**

**Support:**

**GST:**

(see below note)

**Warranty:**



**BOSTITCH B8 ANTIJAM 20 7/16 IN CROWN 3/8 IN POWERCROWN™ STAPLING PLIER**

**Specifications:**

Collation Type: Glue

Fastener Length: 1/4-3/8

Magazine Loading: Top Load

Staple Crown: 7/16

Tool Weight: 1.02

**Features:**

AntiJam™ designed for trouble free stapling

Staples 2-45 sheets with one staple

All metal construction, top loading

Uses 1/4`` and 3/8`` Powercrown™ staples for extra versatility

Rugged design for heavy use

**USES:**

Dry Cleaner and Florist Industry (SN:0-2245) (224276-232)

Case: 1:16-cv-10029 Document #: 80 Filed: 12/06/16 Page 16 of 17 PageID #:2040

# Black & Decker 1800W Pivot Handle Heat Gun

RRP ~~$99.95~~
**$14**
Quantity Available: **8**

To view similar items

Shipping, Handling & Insurance Calculator

**Closed:** 25/07/2016

**Condition:**

**Deliver to:**
Nationwide Delivery

**Buyers premium**

**Support:**

**GST:**

(see below note)
**Warranty:**
2 year limited vendor warranty



**Black & Decker 1800W Pivot Handle Heat Gun**

**Features**

- Essential tool for decorating or refinishing
- Heat stand facility
- 3 stages airflow control
- Pivot handle design
- Inline grip
- Ergonomic pistol grip design
- Kitbox included
- 4x nozzles
- 1x scraper
- 1x integrated scraper
- Power: 1800 W
- Voltage: 230 V
- Heat settings: 3

Style: Pivot

Temp range: 130-560 °C

Air flow: 200-450 l/min (SN:KX1693-XE) (224276-142)

**GST Note:** GST is included in the final bid price of this item. GST is included in the freight and buyers premium.

## MOST POPULAR PRODUCTS